# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Nancy Adams, *et al.*,

    Plaintiffs,

    v.                      Case No. 2:03cv300

Lucent Technologies, Inc.,      Judge Michael H. Watson

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge Abel's Report and Recommendation (hereinafter "Report") (Doc. 109).

The parties were given proper notice, pursuant to 28 U.S.C. § 636(b)(1)(C), including notice the parties would waive further appeal if they failed to file objections to the Report in a timely manner. See *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). To date, no objections to the Report were filed.

Magistrate Abel makes the following recommendations:

1.    Robert G. Clark be dismissed from this action for failure to prosecute;

2.    Daniel Leasure be dismissed from this action as he does not have standing as a plaintiff;

3.    Defendant's April 6, 2005 Motion to Dismiss Certain Plaintiffs (Doc. 45) be granted in part and denied in part, as follows:

4. Defendant's Motion to Dismiss be denied as to Thomas E. Kane so long as he serves his responses to Defendant's written discovery requests within fourteen days of the filing of the Report;

5. Defendant's Motion to Dismiss be denied with regard to James C. Hughes, Jr. and Donald R. Graham as long as their responses to Defendant's written discovery requests within fourteen days of the filing of the Report and, additionally, Messrs. Hughes and Graham must file a notice with this Court stating why they did not respond to the March 15, 2006 Show Cause Order and explaining why they did not participate in discovery sooner; and

6. Defendant's Motion to Dismiss be denied with regard to Madeline Carol Renne, Albert L. Lang, Jr. and John M. Mitchell.

Upon *de novo* review of this matter, pursuant to 28 U.S.C. §636, the Court finds no error in the Report. Additionally, Defendant has not indicated to the Court it failed to receive the required discovery responses from Messrs. Kane, Hughes and Graham. Additionally, Messrs. Hughes and Graham each filed an Affidavit on May 1, 2006 (Docs. 112 and 111, respectively) explaining their failure to respond to the March 15, 2006 Show Cause Order and their failure to participate in discovery sooner. Accordingly, the Report (Doc. 109) is hereby **ADOPTED**. Therefore, Robert G. Clark is **DISMISSED** for failure to prosecute; Daniel Leasure is **DISMISSED** as he does not have standing as a plaintiff; the April 6, 2005 Motion of Defendant to Dismiss (Doc. 45) is **GRANTED IN PART**, and a list of the plaintiffs who are dismissed from this action is attached hereto

as Exhibit A, and **DENIED IN PART,** as to Thomas E. Kane, Madeline Carol Renne, Albert L. Lang, Jr., John M. Mitchell, James C. Hughes, Jr. and Donald R. Graham.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**

| | | |
|---|---|---|
| Helga L. Arter<br>209 Oak Blvd. S Dr.<br>Greenfield, IN 46140 | Joseph A Birkhimer<br>220 St. Marys Lane<br>Waverly, OH 45690 | Jimmy Blankenship<br>4894 Kresge DR<br>Columbus, OH 43232 |
| Joan Bledsoe<br>2686 Rickshaw Dr.<br>Clearwater, FL 33764 | Joseph N. Boesch<br>4617 Hankinson Road NE<br>Granville, OH 43023 | Wanda C. Boggess<br>5622 Burnett Dr. S<br>Galena, OH 43021 |
| Gerald R. Born<br>12894 Harmon Road<br>Pickerington, OH 43147 | Carol Buchwalter<br>8310 Warner Huffer Road<br>Circleville, OH 43113 | Brenda Bumgarner<br>2646 Rice Paddy Dr.<br>Clearwater, FL 33764 |
| Gene Cable<br>1270 Glen Cordray Rd.<br>McConnelsville, OH 43756 | Robert G. Clark<br>220 E Monroe St.<br>Baltimore, OH 43105 | Thomas C. Clark<br>84 Granville St.<br>Pataskala, OH 43062 |
| Karl F. Collins<br>3860 Frazier Rd West<br>Columbus, OH 43207 | Frank E. Curry<br>2133 Bridlewood Blvd.<br>Obetz, OH 43207 | Elisabeth Dawson<br>12055 Palmer Rd SW<br>Reynoldsburg, OH 43068 |
| Kenneth C. Delco<br>1335 Brookcliff Ave.<br>Columbus, OH 43219 | Sam Dickson<br>792 Ross Road<br>Whitehall, OH 43213 | Intentionally Left Blank |
| John R. Doddroe<br>4127 Van Fossen Rd.<br>Johnstown, OH 43031 | Carletta Dunnington<br>128 E Island Dr.<br>Oak Island, NC 28465 | Intentionally Left Blank |
| Robert L. Eberts<br>10971 Walnut St.<br>Glouster, OH 45732 | Harvey Eblin<br>573 Royma Road<br>Corning, OH 43730 | Sharon Eblin<br>573 Royma Road<br>Corning, OH 43730 |
| Lorene Edwards<br>1316 E Elm Lae<br>Marion, IN 46952 | Charles D. Eskew<br>856 Briarhill Dr.<br>Newark, OH 43055 | Alice L. Freschman<br>2673 Moundcrest St.<br>Columbus, OH 43232 |

EXHIBIT A

| | | |
|---|---|---|
| James Funkhouser<br>315 Garfield Avenue<br>Lancaster, OH  43130 | Intentionally Left Blank | Charles C. Grayson<br>30 Muirfield Drive<br>Bluffton, SC  29909 |
| Raymond E. Green<br>135 Valley View Dr.<br>Johnstown, OH  43031 | Juanita Griffith<br>468 Doverwood Dr.<br>Reynoldsburg, OH  43068 | Martha Grubb<br>1658 Ferris Rd.<br>Columbus, OH  43224 |
| Deborah Grykiewicz<br>6 Westview Drive<br>Johnstown, OH  43031 | Wendell L. Gundy<br>163 Squire Lane<br>Hebron, OH  43025 | Matthew Hairston<br>551 S Highland St.<br>Columbus, OH  43223 |
| Wayne Hausmann<br>151 S Yearling Road 36<br>Columbus, OH  43213 | Rickie Horn<br>HC 69 Box 2738<br>Inez, KY  41224 | Brenda Howard<br>1891 Richtree<br>Columbus, OH  43219 |
| Ann Hubbard<br>1805 Bide A Wee Pk.<br>Columbus, OH  43205 | Intentionally Left Blank | Intentionally Left Blank |
| James E. Karr<br>P.O. Box 139<br>Lecrone Ave.<br>Millersport, OH  43046 | Terry L. Keedle<br>3495 Bolton Ave.<br>Columbus, OH  43227 | Hollis E. Keels<br>1319 Roberts Pl.<br>Columbus, OH  43207 |
| Annalee M. Kirk<br>101 Jackson St.<br>Lockbourne, OH  43137 | Margaret Kistler<br>P O Box 318<br>Granville, OH  43023 | Douglas O. Knight<br>4955 Attica Drive<br>Columbus, OH  43232 |
| Intentionally Left Blank | Daniel Leasure<br>3855 Pine Meadow Rd.<br>New Albany, OH  43054 | Andrew L. Long<br>11951 Refugee Rd SW RT3<br>Pataskala, OH  43062 |
| James V. Lopinsky<br>3858 Noe Bixby Rd<br>Columbus, OH  43232 | Helen Martindale<br>13119 Fancher Road<br>Westerville, OH  43082 | Ella R. McCants<br>4906 Stillbreeze Ct.<br>Columbus, OH  43230 |

EXHIBIT A

| | | |
|---|---|---|
| Merele A. McGee<br>1094 Briarcliff Road<br>Reynoldsburg, OH 43068 | Jaclyn R. Miller<br>67 Bandcroft Place SE<br>Hebron, OH 43025 | Intentionally Left Blank |
| Intentionally Left Blank | Robert M. Moore<br>P O Box 47<br>Etna, OH 43018 | Intentionally Left Blank |
| John M. Mulligan<br>1235 Fountain Lane<br>Apt. E<br>Columbus, OH 43213 | Thomas L. Nichols<br>1834 Burnside Rd.<br>Pataskala, OH 43062 | Walter C. Norris<br>608 Largo Azul<br>Henderson, NV 89015 |
| John C. O'Connor<br>199 N Cassingham Rd.<br>Bexley, OH 43209 | Lloyd A. Parkinson<br>7356 Warwick Ave.<br>Reynoldsburg, OH 43068 | Janet L. Peters<br>7679 Eastwood St.<br>Reynoldsburg, OH 43068 |
| Allen Priest<br>3461 Cadell<br>Columbus, OH 43232 | Daphne D. Priest<br>178 Ridgeview Dr.<br>Johnstown, OH 43031 | Daphne D. Priest<br>15749 Breezy Point Dr.<br>North Ft. Myers, FL 33917 |
| Intentionally Left Blank | Eugene Sedlock<br>10320 Calimesa Blvd.<br>Space 294<br>Calimesa, CA 92320 | Wilfred Settles, Jr.<br>7569 Twp Road 2 NW<br>Thornville, OH 43076 |
| Cassandra Sheppard<br>4382 Kumler Drive<br>Whitehall, OH 43213 | Dwight E. Sherrick<br>6168 Stornoway Dr. S<br>Columbus, OH 43213 | Opal I. Short<br>330 Cadbury Ct<br>Gahanna, OH 43230 |
| Sarah Shortreed<br>10610 Ashville Pike<br>Lot 60<br>Lockbourne, OH 43137 | Janis Shull<br>9585 Creek Road SW<br>Pataskala, OH 43062 | Gary L. Sims<br>2695 Kenview Road South<br>Columbus, OH 43209 |
| Susan H. Spencer<br>5065 S Walcott<br>Indianapolis, IN 46227 | Gary H. Starrett<br>1619 Faxton Dr.<br>Sun City Center, FL 33573 | Margaret Stillwell<br>2536 H Hingham Ln.<br>Columbus, OH 43224 |

EXHIBIT A

| | | |
|---|---|---|
| Michael L. Strawser<br>7089 Roundelay North<br>Reynoldsburg, OH  43068 | Thomas M. Streets<br>82 Woodside Dr. SW<br>Pataskala, OH  43062 | Daniel L. Walton<br>790 Hamburg Rd.<br>Lancaster, OH  43130 |
| James R. Watkins<br>349 Rotary St.<br>Hayward, CA  94541 | James J. Wears<br>5676 Cypress Rd. NE<br>Thornville, OH  43076 | Ross E. Weston, II<br>1179 Beaver Creek Blvd.<br>Reynoldsburg, OH  43068 |
| Charles F. Young<br>306 Huntwork St.<br>Baltimore, OH  43105 | | |
| | | |
| | | |

EXHIBIT A